# APPENDIX A

# Michael Mitzenmacher

michaelm@eecs.harvard.edu
33 Cary Avenue, Lexington MA 02421
617-496-7172

| | |
|---|---|
| **Research Interests** | Design and Analysis of Algorithms; Machine Learning Systems; Networks and Data Transmission; Databases. |

**Education**

UNIVERSITY OF CALIFORNIA AT BERKELEY, Berkeley, CA
Ph.D. in Computer Science awarded December, 1996.
Dissertation: **The Power of Two Choices in Randomized Load Balancing.**
Advisor: Alistair Sinclair. GPA: 4.0/4.0

CAMBRIDGE UNIVERSITY, Cambridge, England
Attended as one of ten recipients of the Churchill Fellowship.
Cambridge C.A.S. in Mathematics with highest distinction awarded June 1992.

HARVARD COLLEGE, Cambridge, MA
B.A. in Mathematics with Computer Science, summa cum laude, awarded June 1991.

**Employment**

HARVARD UNIVERSITY, Cambridge, MA *Spring 1999-present*
**Assistant professor** (from Jan. 1999 -July 2002), **Associate professor** (from July 2002-January 2005), **Professor** (from Jan. 2005-present), **Area Dean for Computer Science** (from July 2010-June 2013), **Area Co-Chair for Computer Science** (from July 2018-June 2019).

Teach undergraduate courses including "Introduction to Algorithms and Data Structures" and "Discrete Mathematics for Computer Science", and graduate courses covering topics in randomized algorithms, algorithms for networks, compression, coding, cryptography, and information retrieval.

DIGITAL SYSTEMS RESEARCH CENTER, Palo Alto, CA *Fall 1996-Winter 1998*
**Research scientist.** Projects included work on information retrieval on the Web, erasure codes, error-correcting codes, on-line algorithms, and load balancing. Co-inventor for twelve submitted patents.

SANTA CLARA UNIVERSITY, Santa Clara, CA *Spring 1997*
**Guest professor** for the undergraduate class "Introduction to Algorithms."

**Consultant:** I consult on intellectual property issues as an expert witness and in other capacities. As an expert witness, I have testified in multiple trials. I have also consulted for several technology companies and research laboratories, including Adverplex (Cogolabs), Akamai, AT&T, Digital Fountain, eHarmony, Fluent Mobile (Fiksu), Google, Huawei, ITA Software, JobSync, Microsoft, Mitsubishi Research Laboratories, Weta Digital, and Yahoo.

**Funding**

NSF CCF-2101140: AF: Small: Algorithms and Data Structures with Predictions. PI: Michael Mitzenmacher. Total grant: $400,000. 7/21-6/24.

NSF CNS-2107078: CNS Core: Medium: Approximation and Randomization in the Programmable Data Plane. co-PIs: Minlan Yu. Total grant: $1,2000,000. 7/21-6/25.

NSF DMS-2023528: Foundations of Data Science Institute (Harvard University). 9/20-8/25.

NSF CCF-1563710: CIF: NeTS: Medium: Collaborative Research: Unifying Data Synchronization. co-PIs: David Starobinksi, Ari Trachtenberg. Total grant: $400,000. 7/16-6/20.

NSF CCF-1535705: AitF: FULL: Collaborative Research: Better Hashing for Applications: From Nuts & Bolts to Asymptotics. co-PIs: David Andersen. Total grant: $250,000. 9/15-8/19.

NSF CCF-1320231: AF: Small: Data Synchronization : Theory, Algorithms, and Practice PI: Michael Mitzenmacher. Total grant: $399,370. 9/13-8/16.

NSF CNS-1228598: TWC: Medium: Collaborative: Privacy-Preserving Distributed Storage and Computation. co-PIs: Michael Goodrich, Roberto Tamassia. Total grant: $400,000. 8/12-8/16.

NSF IIS-0964473: HCC: Medium: Collaborative Research: Data-Parallel Hash Tables: Theory, Practice and Applications. co-PIs: Nina Amenta. Total grant: $171,095. 8/10-7/13.

NSF CCF-0915922: AF : Small : The Theory and Practice of Hash-Based Algorithms and Data Structures. PI: Michael Mitzenmacher. Total grant: $441,956. 8/09-7/12.

NSF CNS-0721491: NeTS FIND: A Network-Wide Hashing Infrastructure for Monitoring and Measurement. PI: Michael Mitzenmacher. Total grant: $330,000. 9/07-8/10.

NSF CCF-0634923: Towards a Basic Understanding of Channels with Synchronization Errors. PI: Michael Mitzenmacher. Total grant: $200,000. 9/06-8/09.

NSF CCR-0121154: ITR/SY Algorithmic Issues in Large Scale Dynamic Networks. co-PIs: Eli Upfal, Brown. Subcontract to Harvard. Total grant: $502,000. 9/01-8/06.

NSF CCR-0118701: Low Density Parity Check Codes for Channels with Memory. co-PIs: Alek Kavcic. Total grant: $510,000. 9/01-8/04.

NSF CCR-9983832: Dynamic Processes and Network Algorithms (CAREER). $200,000. 7/00-6/04.

Dean's Competitive Fund for Promising Scholarship. 2018. $49,333.

Google University Research Program. 8/13-8/14. PIs: Eddie Kohler and Michael Mitzenmacher $56,000.

Google University Research Program. 12/11-12/12. $25,000.

Yahoo! University Research Program. 7/11-6/12. $10,000.

Google University Research Program. 12/09-12/10. $60,000.

Yahoo! University Research Program. 9/09-8/10. $10,000.

Google University Research Program. 8/08-7/09. $75,000.

Yahoo! University Research Program. 9/07-8/08. $25,000.

Yahoo! University Research Program. 9/06-8/07. $50,000.

Cisco University Research Program. 8/08-7/09. $80,000.

Cisco University Research Program. 8/07-7/08. $83,000.

Cisco University Research Program. 8/06-7/07. $80,000.

Cisco University Research Program. 8/05-7/06. $72,000.

Alfred P. Sloan Research Fellowship. $40,000. Awarded in 2000.

IBM Faculty Research Grant. $10,000 Awarded in 2005.

IBM Faculty Research Grant. $10,000 Awarded in 2003.

Mitsubishi Electronic Research Laboratory. $10,000 for undergraduate research projects. Awarded in 2002.

**Honors**

Applied Cryptography and Network Security Conference Test of Time Paper Award (2025)
ACM Paris Kanellakis Theory and Practice Award (2020)
IEEE Fellow (2020)
IEEE Senior Member (2018)
ACM Fellow (2014)
ACM Symposium on Parallelism in Algorithms and Architectures Best Paper Award (2014)
World Wide Web Conference Best Paper Award (2014)
Royal Academy of Engineering Distinguished Visiting Fellowship (2010)
ACM SIGCOMM Test of Time Paper Award (2009)
IEEE Information Theory Society Best Paper Award (2002)
Alfred P. Sloan Research Fellowship (2000)
Sakrison Award (for Ph.D. thesis at Berkeley) (1997)
NDSEG Graduate Fellowship (1992-95)
NSF Graduate Fellowship Winner (1991)
Churchill Fellowship (1991-92)
Hoopes Prize (for senior thesis at Harvard) (1991)
Phi Beta Kappa (1990)
Harvard Distinction in Teaching Award (1990)
Goldwater Fellowship (1989-91)

**Professional Activities**

Editorships and Boards:
Advisory Board, Hariri Institute at Boston University (2018-2021)
Editorial Board, Leibniz International Proceedings in Informatics (2009-2019)
Editorial Board, Communications of the ACM (2013-2018)
Science Board, Santa Fe Institute (2013-2019)
Guest Editor, SIAM Journal of Computing special issue for STOC 2009
SIAM Journal on Computing, Editor (2006-2010)
Internet Mathematics, Managing Editor
Guest Editor, Theory of Computing System special issue for SPAA 2002
Journal of Interconnection Networks, Editor

Organizing Committees:

Sublinear Algorithms Workshop Organizing Committee, FODSI (2022)
Algorithms with Predictions Workshop Organizing Committee, STOC (2022)
Machine Learning for Algorithms Workshop Organizing Committee, FODSI (2021)
SIGACT Chair (2015-2018)
Dagstuhl Seminar: Theory and Applications of Hashing (2017)
EADS Summer School on Hashing: Theory and Applications (2014)
ICERM Workshop on Stochastic Graph Models (2014)
WAW 2013 Organizing Committee
SIGACT Vice-Chair (2009-2012)
General Chair, STOC (2010)
Workshop on Randomized Algorithms and Random Graphs (2010)
DARPA Information Science and Technology Study Groups (2007-2008)
SIGACT Committee for the Advancement of Theoretical Computer Science (2005-2008)
MSRI Workshop on Models of Real-World Random Networks (2005)
FOCS 2003 Local Arrangements Chair
Second Workshop on Randomized Algorithms and Random Graphs (2003)
Workshop on Algorithms and Models for the Web Graph (2002)
First Workshop on Randomized Algorithms and Random Graphs (2002)
DIMACS Workshop on Quality of Service Issues in the Internet (2001)
BU/NSF Workshop on Internet Measurement, Instrumentation, and Characterization (1999)
FOCS 1998 Local Arrangements Chair

Program Committees:
NSDI 2025 Program Committee
HotNets 2024 Program Committee
WADS 2023 Program Committee
ACM CoNEXT 2023 Program Committee
NeurIPS 2022 Program Committee
ACM CoNEXT 2022 Program Committee
ICML 2022 Program Committee
SIGCOMM 2022 Program Committee
NeurIPS 2021 Program Committee
ICML 2021 Program Committee
ACDA 2021 Program Committee
ICLR 2021 Program Committee
APoCS 2021 Program Committee
ACM CoNEXT 2020 Program Committee
NeurIPS 2020 Program Committee
ICML 2020 Program Committee
APoCS 2020 Program Committee
NeurIPS 2019 Program Committee
SIGCOMM 2019 Program Committee
SOSA 2019 Program Committee (Co-Chair)
ACM CoNEXT 2018 Program Committee
ANALCO 2018 Program Committee
SIGCOMM 2017 Program Committee
NSDI 2017 Program Committee
ACM CoNEXT 2016 Program Committee
SIGCOMM 2016 Program Committee
ALENEX 2016 Program Committee (Co-Chair)
ICALP 2016 Program Committee (Track C PC Chair)

ACM CoNEXT 2015 Program Committee
ICALP 2015 Program Committee
ITCS 2015 Program Committee
SIGCOMM 2014 Program Committee
ACM CoNEXT 2014 Program Committee
WSDM 2014 Senior Program Committee
WAW 2013 Program Committee (Co-Chair)
STOC 2013 Executive Committee
WSDM 2013 Senior Program Committee
SIGCOMM 2012 Program Committee
ISIT 2012 Program Committee
NSDI 2012 Program Committee
WAW 2011 Program Committee
ACM CoNEXT 2010 Program Committee
SIGCOMM 2010 Program Committee
NSDI 2010 Program Committee
FUN 2010 Program Committee
LATIN 2010 Program Committee
NetSciCom 2009 Program Committee
SIGCOMM 2009 Program Committee
STOC 2009 Program Committee (PC Chair)
NSDI 2009 Program Committee
ICALP 2008 Program Committee
SPAA 2008 Program Committee
WAW 2007 Program Committee
Analysis of Algorithms 2007 Program Committee
ANALCO 2007 Program Committee
ICALP 2007 Program Committee
RANDOM 2007 Program Committee
NCA 2006 Program Committee
STOC 2006 Program Committee
PODC 2005 Program Committee
ANALCO 2005 Program Committee
PODC 2004 Program Committee
SIGCOMM 2004 Program Committee
IPTPS 2004 Program Committee
Data Compression Conference 2004 Program Committee
ESA 2004 Program Committee
WAW 2003 Program Committee
FOCS 2003 Program Committee
Data Compression Conference 2003 Program Committee
ESA 2002 Program Committee
PODC 2002 Program Committee
SPAA 2002 Program Committee
STOC 2002 Program Committee
Data Compression Conference 2002 Program Committee
ALENEX 2002 Program Committee
HiPC 2001 Program Committee
ISAAC 2000 Program Committee
RANDOM 2000 Program Committee
STACS 2000 Program Committee

FOCS 99 Program Committee
RANDOM 98 Program Committee

Reviewer for several conferences, journals, and grant panels.

**Books**

*Probability and Computing: Randomized Algorithms and Probabilistic Analysis,* by Michael Mitzenmacher and Eli Upfal. Published by Cambridge University Press in 2005. (2nd edition available in 2017.) This is a textbook meant for an advanced undergraduate or beginning graduate class. The textbook has been used in courses at Brown, Harvard, U. C. Berkeley, Univ. of Victoria, Tufts, Univ. of Mass. at Amherst, Purdue, U. Penn., and several other universities.

**Conference and Journal Publications**

"HACK: Homomorphic Acceleration via Compression of the Key-Value Cache for Disaggregated LLM Inference," with Z. Zhang, H. Shen, S. Vargarftik, R. Basat, and M. Yu. To appear in *Proceedings of ACM SIGCOMM*, 2025.

"Queueing, Predictions, and Large Language Models: Challenges and Open Problems," with R. Shahout. To appear in *Stochastic Systems*.

"Don't Stop Me Now: Embedding Based Scheduling For LLMs," with R. Shahout, E. Malach, C. Liu, W. Jiang, and M. Yu. In *The Thirteenth International Conference on Learning Representations (ICLR)*, 2025.

"Parallel Peeling of Invertible Bloom Lookup Tables in a Constant Number of Rounds," with M. Goodrich and R. Kitagawa. In *Proceedings of the 50th International Conference on Current Trends in Theory and Practice of Computer Science (SOFSEM)*, pp. 70-84, 2025.

"Efficient $d$-ary Cuckoo Hashing at High Load Factors by Bubbling Up," with W. Kuszmaul. In *Proceedings of the ACM-SIAM Symposium on Discrete Algorithms*, pp. 3931-3952, 2025.

"Leveraging Parameterized Chernoff Bounds for Simplified Algorithm Analyses," with M. Dillencourt and M. Goodrich. *Information Processing Letters*, 187:106516, 2025.

"Optimal and Approximate Adaptive Stochastic Quantization," with R. Basat, Y. Ben-Itzhak, and S. Vargaftik. In *Proceedings of the 38th Conference on Neural Information Processing Systems*, 2024.

"SkipPredict: When to Invest in Predictions for Scheduling," with R. Shahout. In *Proceedings of the 38th Conference on Neural Information Processing Systems*, 2024.

"Beyond Throughput and Compression Ratios: Towards High End-to-end Utility of Gradient Compression," with W. Han, S. Vargaftik, B. Karp, and R. Basat. In *Proceedings of the Twenty-Third ACM Workshop on Hot Topics in Networks*, pp. 186-194, 2024.

"Learning-Augmented Frequency Estimation in Sliding Windows," with R. Shahout and I. Sabek. In *Proceedings of the Workshop on Intelligent Classification of High-Speed Network Traffic (at ICNP '24)*.

"Learning-Based Heavy Hitters and Flow Frequency Estimation in Streams," with R. Shahout. In *Proceedings of the 32nd IEEE International Conference on Network Protocols*, 2024.

"Tabula: Efficiently Computing Nonlinear Activation Functions for Secure Neural Network Inference," with M. Lam, V. J. Reddi, G. Wei, and D. Brooks. In *Transactions on Machine Learning Research*, 2024.

"Accelerating Federated Learning with Quick Distributed Mean Estimation," with S. Vargaftik, R. Basat, A. Portnoy, G. Mendelson, and Y. Ben-Itzhak. In *Proceedings of the 41st International Conference on Machine Learning*, pp. 3410-3442, 2024.

"THC: Accelerating Distributed Deep Learning Using Tensor Homomorphic Compression," with M. Li, R. Basat, S. Vargaftik, C. Lao, K. Xu, X. Tang, and, M. Yu. In *Proceedings of NSDI*, pp. 1191-1211, 2024.

"Separating $k$-Player from $t$-Player One-Way Communication, with Applications to Data Streams," with E. Du, D. Woodruff, and G. Yang. In *Theory of Computing*, vol. 19, Article 10, pp. 1-44, 2023.

"Direct Telemetry Access," with J. Langlet, R. Basat, G. Oliaro, M. Yu, and G. Antichi. In *Proceedings of ACM SIGCOMM*, pp. 832-849, 2023.

"Can Learned Models Replace Hash Functions?" with I. Sabek, K. Vaidya, D. Horn, A. Kipf, and T. Kraska. *Proceedings of the VLDB Endowment*, vol. 16, no. 3, pp. 532-545, 2022.

"Algorithmic Tools for Mining the Motif Structure of Networks," with B. Matejek, T. Chen, and C. Tsourakakis. To appear in *Proceedings of the European Conference on Machine Learning and Principles and Practice of Knowledge Discovery in Databases*, 2022.

"Edge-colored directed subgraph enumeration on the connectome," with B. Matejek, D. Wei, T. Chen, C. Tsourakakis, and H. Pfister. *Scientific Reports*, 2022.

"Algorithms with Predictions," with S. Vassilvitskii. *Communications of the ACM*, Volume 65 Issue 7, pp. 33-35, 2022.

"EDEN: Communication-Efficient and Robust Distributed Mean Estimation for Federated Learning," with S. Vargaftik, R. Basat, A. Portnoy, G. Mendelson, and Y. Ben-Itzhak. In *Proceedings of the 39th International Conference on Machine Learning*, pp. 21984-22014, 2022.

"SNARF: A Learning-Enhanced Range Filter," with K. Vaidya, S. Chatterjee, E. Knorr, S. Idreos, and T. Kraska. In *Proceedings of the VLDB Endowment*, 15(8):1632-1664, 2022.

"Proteus: A Self-Designing Range Filter," with E. Knorr, B. Lemaire, A. Lim, S. Luo, H. Zhang, and S. Idreos. In *Proceedings of the SIGMOD International Conference on Management of Data*, pp. 1670-1684, 2022.

"Designing Sensitive Viral Diagnostics with Machine Learning," with H. Metsky, N. Welch, P. Pillai, N. Haradhvala, L. Rumker, S. Mantena, Y. Zhang, D. Yang, C. Ackerman, J. Weller, P. Blainey, C. Myhrvold, and P. Sabeti. *Nature Biotechnology*, 2022.

"The Supermarket Model with Known and Predicted Service Times," with M. Dell'Amico. *IEEE Transactions on Parallel and Distributed Systems*, 2022.

"Uniform Bounds for Scheduling with Job Size Estimates," with Z. Scully and I. Grosof. In *Proceedings of 13th Innovations in Theoretical Computer Science Conference*, 114:1-114:30, 2022.

"DRIVE: One-bit Distributed Mean Estimation," with S. Vargaftik, R. Basat, A. Portnoy, G. Mendelson, and Y. Ben-Itzhak. In *Proceedings of the 34th Conference on Neural Information Processing Systems*, pp. 362-377,2021.

"Zero-CPU Collection with Direct Telemetry Access," with J. Langlet, R. Basat, S.S. Ramanathan, G. Oliaro, M. Yu, and G. Antichi. In *Proceedings of the Twentieth ACM Workshop on Hot Topics in Networks*, pp. 108-115, 2021.

"Gradient Disaggregation: Breaking Privacy in Federated Learning by Reconstructing the User Participant Matrix," with M. Lam, V. J. Reddi, D. Brooks, and G. Wei. In *Proceedings of the 38th International Conference on Machine Learning*, pp. 5959-5968, 2021.

"Putting the 'Learning' into Learning-Augmented Algorithms for Frequency Estimation," with E. Du and F. Wang. In *Proceedings of the 38th International Conference on Machine Learning*, pp. 2860-2869, 2021.

"Queues with Small Advice." In *Proceedings of the SIAM Conference on Applied and Computational Discrete Algorithms*, pp. 1-12, 2021.

"How to Send a Real Number Using a Single Bit (and Some Shared Randomness)," with R. Basat and S. Vargaftik. In *Proceedings of the 43rd International Colloquium on Automata, Languages, and Programming*, 25:1-25:20, 2021.

"SALSA: Self-Adjusting Lean Streaming Analytics," with R. Basat, G. Einzinger, and S. Vargaftik. In *The 37th IEEE International Conference on Data Engineering*, pp. 864-875, 2021.

"Partitioned Learned Bloom Filters," with K. Vaidya, E. Knorr, and T. Kraska. In *The Ninth International Conference on Learning Representations (ICLR)*, 2021.

"Improved Sublinear Time Algorithm for Longest Increasing Subsequence," with S. Seddighin. In *Proceedings of the ACM-SIAM Symposium on Discrete Algorithms*, pp. 1934-1947, 2021.

"DISCOvering the heavy hitters with disaggregated sketches," with V. Bruschi, R. Basat, Z. Liu, G. Antichi, and G. Bianchi. In *Proceedings of the 16th International Conference on Emerging Networks Experiments and Technologies (CoNEXT)*, pp. 536-537, 2020.

"Detecting Routing Loops in the Data Plane," with J. Kucera, R. Basat, M. Kuka, G. Antichi, and M. Yu. In *Proceedings of the 16th International Conference on Emerging Networks Experiments and Technologies (CoNEXT)*, pp. 466-473, 2020.

"Optimal Learning of Joint Alignments with a Faulty Oracle," with K. Larsen and C. Tsourakakis. In *Proceedings of ISIT*, pp.2492-2497, 2020.

"PINT: Probabilistic In-band Network Telemetry," with R. Basat, S. Ramanathan, Y. Li, G. Antichi, and M. Yu. In *Proceedings of ACM SIGCOMM*, pp. 662-680, 2020.

"Dynamic Algorithms for LIS and Distance to Monotonicity," with S. Seddighin. In *Proccedings of the 52nd Annual Symposium on Theory of Computing*, pp. 671-684, 2020.

"Clustering with a Faulty Oracle," with K. Larsen and C. Tsourakakis. In *Proceedings of the Web Conference*, pp. 2831-2834, 2020.

"Prophets, Secretaries, and Maximizing the Probability of Choosing the Best," with H. Esfandiari, M. Hajiaghayi, and B. Lucier. In *Proceedings of the 23rd International Conference on Artificial Intelligence and Statistics*, pp. 3717-3727, 2020.

"Faster and More Accurate Measurement through Additive-Error Counters," with R. Basat, G. Einziger, and S. Vargaftik. In *Proceedings of IEEE INFOCOM*, pp. 1251-1260, 2020. o "Scheduling with Predictions and the Price of Misprediction." In *Proceedings of 11th Innovations in Theoretical Computer Science Conference*, 14:1-14:18, 2020.

"Equitability, Interval Estimation, and Statistical Power," with Y. Reshef, D. Reshef, and P. Sabeti. *Statistical Science*, (35)2:202-217, 2020.

"A Digital Fountain Retrospective," with J. Byers and M. Luby. *ACM SIGCOMM Computer Communication Review*, 49(5), pp. 82-85, 2019.

"Robust Set Reconciliation via Locality Sensitive Hashing," with T. Morgan. In *Proceedings of the 38th Symposium on Principles of Database Systems*, pp. 164-181, 2019.

"Online Pandora's Boxes and Bandits," with H. Esfandiari, M. Hajiaghayi, and B. Lucier. In *Proceedings of the 33rd AAAI Conference on Artificial Intelligence*, pp. 1885-1892, 2019.

"Arithmetic Progression Hypergraphs: Examining the Second Moment Method." In *Proceedings of ANALCO*, pp. 127-134, 2019.

"A Bayesian Nonparametric View on Count-Min Sketch," with R. Adams and D. Cai. In *Proceedings of the 31st Conference on Neural Information Processing Systems*, pp. 8782-8791, 2018.

"A Model for Learned Bloom Filters and Optimizing by Sandwiching." In *Proceedings of the 31st Conference on Neural Information Processing Systems*, pp. 462-471, 2018.

"Metric Sublinear Algorithms via Linear Sampling," with H. Esfandiari. In *Proceedings of the 59th Annual IEEE Symposium on Foundations of Computer Science*, pp. 11-22, 2018.

"EMOMA: Exact Match in One Memory Access," with S. Pontarelli and P. Reviriego. *IEEE Transactions on Knowledge and Data Engineering*, 30(11):2120-2133, 2018.

"Weightless: Lossy Weight Encoding for Deep Neural Network Compression," with B. Reagen, U. Gupta, R. Adolf, A. Rush, G. Wei, and D. Brooks. In *Proceedings of the 35th International Conference on Machine Learning*, pp. 4321-4330, 2018.

"Load Thresholds for Cuckoo Hashing with Double Hashing," with K. Panagiotou and S. Walzer. In *Proceedings of the 16th Scandinavian Symposium and Workshops on Algorithm Theory*, pp. 29:1-29:9, 2018.

"Joint Alignment From Pairwise Differences with a Noisy Oracle," with C. Tsourakakis. In *Proceedings of the 15th Workshop on Algorithms and Models for the Web Graph*, pp. 59-69, 2018. Journal version: *Internet Mathematics*, at https://doi.org/10.24166/im.06.2019, December 2020.

"Reconciling Graphs and Sets of Sets," with T. Morgan. In *Proceedings of the 37th Symposium on Principles of Database Systems*, pp. 33-47, 2018.

"Simulated Annealing for JPEG Quantization," with M. Hopkins and S. Wagner-Carena. In *Proceedings of the 2018 IEEE Data Compression Conference*, p. 414.

"Adaptive Cuckoo Filters," with S. Pontarelli and P. Reviriego. In *Proceedings of the ALENEX Conference*, pp. 36-47, 2018. Journal version: *ACM Journal of Experimental Algorithmics*, Article 1.1, March 2020.

"An Empirical Comparison of the Maximal and Total Information Coefficients to Leading Measures of Dependence," with D. Reshef, Y. Reshef, and P. Sabeti. *Annals of Applied Statistics*, 12(1):123-155, 2018.

"Simple Multi-Party Set Reconciliation," with R. Pagh. *Distributed Computing* 31(6):441-453, 2018.

"Technical Perspective: Building a Better Hash Function." *Communications of the ACM*, 60(7), p. 93, 2017.

"Compresso: Efficient Compression of Segmentation Data For Connectomics," with D. Haehn, F. Lekschas, B. Matejek, and H. Pfister. In *Proceedings of the 20th International Conference on Medical Image Computing and Computer Assisted Intervention*, pp. 781-788, 2017.

"Auditable Data Structures," with M. Goodrich, E. Kornaropoulos, and R. Tamassia. In *Proceedings of the European Symposium on Security and Privacy*, pp. 285-300, 2017.

"2-3 Cuckoo Filters for Faster Triangle Listing and Set Intersection," with D. Eppstein, M. Goodrich, and M. Torres. In *Proceedings of the 36th Symposium on Principles of Database Systems*, pp. 247-260, 2017.

"Scalable motif-aware graph clustering," with C. Tsourakakis and J. Pachocki. In *Proceedings of the 26th International Conference on the World Wide Web*, pp. 1451-1460, 2017.

"Measuring Dependence Powerfully and Equitably," with Y. Reshef, D. Reshef, H. Finucane, and P. Sabeti. *Journal of Machine Learning Research*, 17(212):1-63, 2016.

"Quantized Random Projections and Non-Linear Estimation of Cosine Similarity," with P. Li and M. Slawski. In *Advances In Neural Information Processing Systems 29*, pp.2748-2756, 2016.

"Analyzing Distributed Join-Idle-Queue: A Fluid Limit Approach." In *Proceedings of the 54th Annual Allerton Conference on Communication, Control, and Computing*, pp. 312-318, 2016.

"Hardness of Peeling with Stashes," with V. Nathan. *Information Processing Letters*, 116(11), pp. 682-688, 2016.

"More Practical and Secure History-Independent Hash Tables," with M. Goodrich, E. Kornaropoulos, and R. Tamassia. In *European Symposium on Research in Computer Security*, pp. 20-38, 2016.

"Models and Algorithms for Graph Watermarking," with D. Eppstein, M. Goodrich, J. Lam, N. Mamano, and M. Torres. In *Proceedings of the Information Security Conference*, pp. 283-301, 2016.

"Better Bounds for Coalescing-Branching Random Walks on Graphs," with R. Rajaraman and S. Roche. In *Proceedings of the 28th ACM Symposium on Parallel Algorithms and*

*Architectures (SPAA)*, pp. 313-323, 2016. Journal version: *ACM Transactions on Parallel Computing*, 5(1), 2:1-2:23, 2018.

"OMASS: One Memory Access Set Separation," with S. Pontarelli and P. Reviriego. *IEEE Transactions on Knowledge and Data Engineering*, 28(7):1940-1943, 2016.

"Voronoi Choice Games", with M. Boppana, R. Hod, and T. Morgan. In *Proceedings of 43rd International Colloquium on Automata, Languages, and Programming*, 23:1-23:13, 2016.

"Space Lower Bounds for Itemset Frequency Sketches," with E. Liberty, J. Thaler, and J. Ullman. In *Proceedings of the 35th Symposium on Principles of Database Systems*, pp. 441-454, 2016.

"Technical Perspective: Catching Lies (and Mistakes) in Offloaded Computation," with J. Thaler. *Communications of the ACM*, 59(2), p. 102, 2016.

"A New Approach to Analyzing Robin Hood Hashing." In *Proceedings of ANALCO*, pp. 10-24, 2016.

"More Analysis of Double Hashing for Balanced Allocations." In *Proceedings of ANALCO*, pp. 1-9, 2016.

"Theory Without Experiments: Have We Gone Too Far?" *Communications of the ACM*, 58(9), pp. 40-42, 2015.

"Scaling Up Clustered Network Appliances with XBricks," with D. Zhou, B. Fan, H. Lim, R. Wang, M. Kaminsky, D. Andersen, and A. Singh. In *Proceedings of ACM SIGCOMM*, 2015.

"Scalable Large Near-Clique Detection in Large-Scale Networks via Sampling," with J. Pachocki, R. Peng, C. Tsourakakis, and S. Chen Xu. In *Proceedings of the 21st ACM SIGKDD Conference on Knowledge Discovery and Data Mining*, 2015.

"Repeated Deletion Channels," with B. Haeupler. In *Proceedings of the IEEE Information Theory Workshop*, pp. 152-156, 2014.

"Multi-Party Set Reconciliation Using Characteristic Polynomials," with A. Boral. In *Proceedings of the 52nd Annual Allerton Conference on Communication, Control, and Computing*, pp. 1182-1187, 2014.

"Cleaning Up the Record on the Maximal Information Coefficent and Equitability," with D. Reshef, Y. Reshef, and P. Sabeti. *Proceedings of the National Academy of Sciences* 111(33):E3362-3, 2014.

"Cuckoo Filter: Practically Better than Bloom," with B. Fan, D.G. Andersen, and M. Kaminsky. In *Proceedings of the 10th International Conference on Emerging Networks Experiments and Technologies (CoNEXT)*, pp. 75-88, 2014.

"Coding for Random Projections," with P. Li and A. Shrivastava. In *Proceedings of the 31st International Conference on Machine Learning (ICML)*, pp. 676–684, 2014.

"Balanced Allocations and Double Hashing." In *Proceedings of the 26th ACM Symposium on Parallel Algorithms and Architectures (SPAA)*, pp. 331-342, 2014.

"Parallel Peeling Algorithms," with J. Jiang and J. Thaler. In *Proceedings of the 26th ACM Symposium on Parallel Algorithms and Architectures (SPAA)*, pp. 319-330, 2014. Journal version: *ACM Transactions on Parallel Computing*, 3(1), 7, 2016.

"Wear Minimization for Cuckoo Hashing: How Not to Throw a Lot of Eggs into One Basket", with D. Eppstein, M. Goodrich, and P. Pszona. In *Proceedings of the 13th International Symposium on Experimental Algorithms*, pp. 162-173, 2014.

"Efficient Estimation for High Similarities using Odd Sketches," with R. Pagh and N. Pham. In *Proceedings of the 23rd International Conference on the World Wide Web*, pp. 109-118, 2014.

"Improving the Performance of Invertible Bloom Lookup Tables," with S. Pontarelli and P. Reviriego. *Information Processing Letters*, 114(4), pp. 185-191, 2014.

"Special Section on the Forty-First Annual ACM Symposium on Theory of Computing (STOC 2009)," with N. Immorlica, J. Katz, R. Servedio, and C. Umans. *SIAM Journal on Computing*, 41(6):1591-1592, 2012.

"The Daily Deals Marketplace: Empirical Observations and Managerial Implications," with J. Byers and G. Zervas. *AC SIGecom Exchanges*, 11(2):29-31, 2012.

"Peeling Arguments and Double Hashing," with J. Thaler. In *Proceedings of the 50th Annual Allerton Conference on Communication, Control, and Computing*, pp. 1118-1125, 2012.

"The Complexity of Object Reconciliation, and Open Problems Related to Set Difference and Coding," with G. Varghese. In *Proceedings of the 50th Annual Allerton Conference on Communication, Control, and Computing*, pp. 1126-1132, 2012.

"Cache-Oblivious Dictionaries and Multimaps with Negligible Failure Probability," with M. Goodrich, D. Hirschberg, and J. Thaler. In *Proceedings of the First Mediterranean Conference on Algorithms*, pp. 203-218, 2012.

"An Economic Analysis of User-Privacy Options in Ad-Supported Services," with J. Feigenbaum and G. Zervas. In *Proceedings of the 8th Workshop on Internet and Network Economics*, pp. 30-43, 2012.

"Verifiable Computation with Massively Parallel Interactive Proofs," with H. Pfister, M. Roberts, and J. Thaler. In *Proceedings of the USENIX HotCloud Workshop, 2012.*

"Biff (Bloom Filter) Codes: Fast Error Correction for Large Data Sets," with G. Varghese. In *Proceedings of the International Symposium on Information Theory*, pp. 483-487, 2012.

"Continuous Time Channels with Interference," with I. Ivan, J. Thaler, and H. Yuen. In *Proceedings of the International Symposium on Information Theory*, pp. 860-864, 2012.

"The Groupon Effect on Yelp Ratings: a Root Cause Analysis," with J. Byers and G. Zervas. In *Proceedings of the ACM Conference on Electronic Commerce*, pp. 248-265, 2012.

"Anonymous Card Shuffling and Its Applications to Parallel Mixnets," with M. Goodrich. In *Proceedings of 39th International Colloquium on Automata, Languages, and Programming*, pp. 549-560, 2012.

"Chernoff-Hoeffding Bounds for Markov Chains: Generalized and Simplified," with K. Chung, H. Lam, and Z. Liu. In *Proceedings of the 29th International Symposium on Theoretical Aspects of Computer Science*, pp. 124-135, 2012.

"Practical oblivious storage," with M. Goodrich, O. Ohrimenko and R. Tamassia. In *Proceedings of the Second ACM Conference on Data and Application Security and Privacy*, pp. 13-24, 2012.

"Hierarchical Heavy Hitters with the Space Saving Algorithm," T. Steinke and J. Thaler. In *Proceedings of 2012 Meeting on Algorithm Engineering and Experiments*, pp. 160-174.

"Daily Deals: Prediction, Social Diffusion, and Reputational Ramifications," with J. Byers and G. Zervas. In *Proceedings of the 5th International Conference on Web Search and Web Data Mining*, pp. 543-552, 2012.

"Practical Verified Computation with Streaming Interactive Proofs," with G. Cormode and J. Thaler. In *Proceedings of Innovations in Theoretical Computer Science*, pp. 90-112, 2012.

"Information Dissemination via Random Walks in $d$-Dimensional Space," with H. Lam, Z. Liu, X. Sun, and Y. Wang. In *Proceedings of the 23rd Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 1612-1622, 2012.

"Privacy-Preserving Group Data Access via Stateless Oblivious RAM Simulation," with M.Goodrich and R. Tamassia. In *Proceedings of the 23rd Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 157-167, 2012.

"An Efficient Rigorous Approach for Identifying Statistically Significant Frequent Itemsets," with A. Kirsch, A. Pietracaprina, G. Pucci, E. Upfal, and F. Vandin. *Journal of the ACM*, 59(3), 2012.

"Detecting Novel Associations in Large Datasets," with D. Reshef, Y. Reshef, H. Finucane, S. Grossman, G. McVean, P. Turnbaugh, E. Lander, and P. Sabeti. *Science*, Vol. 3004, No. 6602, pp. 1518-1524, December 2011.

"External-Memory Multimaps," with E. Angelino, M. Goodrich, and J. Thaler. In *Proceedings of the 22nd International Symposium on Algorithms and Computation*, pp. 384-394, 2011. Journal version: *Algorithmica*, 67(1), pp. 23-48, 2013.

"Brief announcement: large-scale multimaps," with M. Goodrich. In *Proceedings of the 23rd ACM Symposium on Parallel Algorithms and Architectures (SPAA)*, pp. 259-260, 2011.

"Oblivious RAM Simulation with Efficient Worst-Case Access Overhead," with M. Goodrich, O. Ohrimenko, and R. Tamassia. In *Proceedings of 3rd ACM Cloud Computing Workshop*, pp. 95-100.

"Invertible Bloom Lookup Tables," with M. Goodrich. In *Proceedings of the 49th Annual Allerton Conference on Communication, Control, and Computing*, pp. 792-799, 2011.

"Cuckoo Hashing with Pages," with M. Dietzfelbinger and M. Rink. In *Proceedings of the 19th Annual Europeans Symposium on Algorithms*, pp. 615-627, 2011.

"Network Coding Meets TCP: Theory and Implementation," with J.K. Sundararajan, D. Shah, M. Medard, S. Jakubczak, and J. Barros. *Proceedings of the IEEE*, 99(3), pp. 490-510, 2011.

"Privacy-Preserving Access of Outsourced Data via Oblivious RAM Simulation," with M. Goodrich. In *Proceedings of 38th International Colloquium on Automata, Languages, and Programming*, pp. 576-587, 2011.

"Graption: A Graph-based P2P Traffic Classification Framework for the Internet Backbone," with M. Iliofotou, H. Kim, M. Faloutsos, P. Pappu, and G. Varghese. *Computer Networks*, 55(8), pp. 1909-1920, 2011.

"On the Zero-Error Capacity Threshold for Deletion Channels," with I. Kash, J. Thaler, J. Ullman. In *Proceedings of the Information Theory and Applications Workshop*, pp. 1-5, 2011.

"Heapable Sequences and Subsequences," with J. Byers, B. Heeringa, and G. Zervas. In *Proceedings of ANALCO, pp. 33-44, 2011.*

"An Introduction to Human Guided Search." *ACM Crossroads*, 17(2):34-35, 2010.

"Popularity is Everything: A New Approach to Protecting Passwords from Statistical Guessing Attacks," with S. Schechter and C. Herley. In *Proceedings of the 5th Usenix Workshop on Hot Topics in Security*, pp. 1-8, 2010.

"Streaming Graph Computations with a Helpful Advisor," with G. Cormode and J. Thaler. In *Proceedings of the European Symposium on Algorithms*, pp. 231-242, 2010. Journal version: *Algorithmica*, 65(2), pp. 409-442, 2013.

"Tight Thresholds for Cuckoo Hashing via XORSAT," with M. Dietzfelbinger, A. Goerdt, A. Montanari, R. Pagh, and M. Rink. In *Proceedings of 37th International Colloquium on Automata, Languages, and Programming*, pp. 213-225, 2010.

"Local cluster aggregation models of explosive percolation," with R.M. D'Souza. *Physical Review Letters*, 14(19), p. 104-107, 2010.

"Tight Asymptotic Bounds for the Deletion Channel with Small Deletion Probabilities," with A. Kalai and M. Sudan. In *Proceedings of the International Symposium on Information Theory*, pp. 997-1001, 2010.

"An Improved Analysis of the Lossy Difference Aggregator," with H. Finucane. *Computer Communication Review*, 40(2), pp. 4-11, 2010.

"Information Asymmetries in Pay-Per-Bid Auctions: How Swoopo Makes Bank," with J. Byers and G. Zervas. In *Proceedings of the ACM Conference on Electronic Commerce*, pp. 1-12, 2010.

"Carousel: Scalable Logging for Intrusion Prevention Systems", with T. Lam and G. Varghese. In *Proceedings of NSDI 2010*, pp. 361-376.

"AMS Without 4-Wise Independence on Product Domains," with V. Braverman, K. Chung, Z. Liu, and R. Ostrovsky. In *Proceedings of the 27th International Symposium on Theoretical Aspects of Computer Science*, pp. 119-130, 2010.

"Adaptive Weighing Designs for Keyword Value Computation," with J. Byers and G. Zervas. In *Proceedings of the Third International Conference on Web Search and Web Data Mining* pp. 331-340, 2010.

"Human-guided search," with G. Klau, N. Lesh, and J. Marks. *Journal of Heuristics*, 16(3), pp. 289-310, 2010.

"Real-Time Parallel Hashing on the GPU," with D. Alcantara, A. Sharf, F. Abbasinejad, S. Sengupta, J. Owens, and N. Amenta. *ACM Transactions on Graphics*, 28(5), p. 154, 2009.

"Exploiting Dynamicity in Graph-based Traffic Analysis: Techniques and Applications," with M. Iliofotou and M. Faloutsos. In *Proceedings of ACM Co-NEXT*, pp. 241-252, 2009.

"An Analysis of Random-Walk Cuckoo Hashing," with A. Frieze and P. Mellsted. In *Proceedings of 2009 APPROX-RANDOM*, pp. 490-503, 2009. Journal version: *SIAM Journal on Computing*, 40(2), pp. 291-308, 2011.

"Some Open Questions Related to Cuckoo Hashing." In *Proceedings of the 17th Annual European Symposium on Algorithms*, pp. 1-10, 2009.

"On Compressing Social Networks," with F. Chierichetti, R. Kumar, S. Lattanzi, A. Panconesi, and P. Raghavan. In *Proceedings of the 15th ACM SIGKDD Int'l Conference on Knowledge Discovery and Data Mining*, pp. 219-228, 2009.

"An Efficient Rigorous Approach for Identifying Statistically Significant Frequent Itemsets," with A. Kirsch, A. Pietracaprina, G. Pucci, E. Upfal, and F. Vandin. In *Proceedings of the 28th Symposium on Principles of Database Systems*, pp. 117-126, 2009.

"Using the Power of Two Choices to Improve Bloom Filters," with Steven Lumetta. *Internet Mathematics*, vol. 4. no. 1, pp. 17-33, 2009.

"Network coding meets TCP," with J. Sundararajan, D. Shah, M. Medard, and J. Barros. In *Proceedings of IEEE INFOCOM*, pp. 280-288, 2009.

"An Economically Principled Generative Model of AS Graph Connectivity," with J. Corbo, S. Jain, and D. Parkes. In *Proceedings of IEEE INFOCOM (Mini-conference), pp. 2941-2945, 2009.*

"Designing floating codes for expected performance," with H. Finucane and Z. Liu. In *Proceedings of the 46th Annual Allerton Conference on Communication, Control, and Computing*, 2008. Journal version (with F. Chierichetti, H. Finucane, and Z. Liu): *IEEE Transactions on Information Theory*, vol 56, Issue 3, pp. 968-978, 2010.

"On the performance of multiple choice hash tables with moves on deletions and inserts," with A. Kirsch. In *Proceedings of the 46th Annual Allerton Conference on Communication, Control, and Computing*, pp. 1284-1290, 2008.

"More Robust Hashing: Cuckoo Hashing with a Stash," with A. Kirsch and U. Wieder. In *Proceedings of the 16th Annual European Symposium on Algorithms*, pp. 611-622, 2008. Journal version: *SIAM Journal on Computing*, 39(4), pp. 1543-1561, 2009.

"A survey of results for deletion channels and related synchronization channels." In *Proceedings of the 2008 Scandinavian Workshop on Algorithm Theory*, pp. 1-3, 2008. Journal

version: "New Results and Open Problem for Channels with Synchronization." *Probability Surveys*, 2009.

"The Power of One Move: Hashing Schemes for Hardware," with A. Kirsch. In *Proceedings of IEEE INFOCOM*, pp. 106-110, 2008. Journal version: *IEEE/ACM Transactions on Networking*, 18(6):1752-1765, 2010.

"Distributed Beamforming with Binary Signaling," with M. Johnson and K. Ramchandran. In *Proceedings of the 2008 Int'l Symposium on Information Theory (ISIT)*, pp. 890-894, 2008.

"The Hiring Problem and Lake Wobegon Strategies," with A. Broder, A. Kirsch, R. Kumar, E. Upfal, and S. Vassilvitskii. In *Proceedings of the 14th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 1184-1193, 2008. Journal version: *SIAM Journal on Computing*, 39(4), pp. 1233-1255, 2009.

"Why Simple Hash Functions Work: Exploiting the Entropy in a Data Stream," with S. Vadhan. In *Proceedings of the 14th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 746-755, 2008. Journal version: with K. Chung and S. Vadhan. *Theory of Computing*, 9, pp. 897-945-1255, 2013.

"Trace reconstruction with constant deletion probability and related results," with T. Holenstein, R. Panigrahy, and U. Wieder. In *Proceedings of the 14th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 389-398, 2008.

"Capacity bounds for sticky channels." *IEEE Transactions on Information Theory*, vol 54, Issue 1, pp. 72-77, 2008.

"Network Monitoring Using Traffic Dispersion Graphs," with M. Iliofotou, P. Pappu, G. Varghese, M. Faloutsos, and S. Singh. In *Proceedings of the 7th ACM SIGCOMM Conference on Internet Measurement*, pp. 315-320, 2007.

"HEXA: Compact Data Structures for Faster Packet Processing," with S. Kumar, J. Turner, and P. Crowley. In *Proceedings of the IEEE International Conference on Network Protocols*, pp. 246-255, 2007.

"Using a Queue to De-amortize Cuckoo Hashing in Hardware," with A. Kirsch and M. Mitzenmacher. In *Proceedings of the 45th Annual Allerton Conference on Communication, Control, and Computing*, 2007.

"Improved lower bounds for the capacity of i.i.d. deletion and duplication channels, with E. Drinea. *IEEE Transactions on Information Theory*, vol 53, Issue 8, pp. 2693-2714, 2007.

"Wired Geometric Routing," with J. Ledlie, P. Pietzuch, and M. Seltzer. In *Proceedings of the 6th International Workshop on Peer-to-Peer Systems (IPTPS)*, 2007.

"Capacity Upper Bounds for Deletion Channels," with S. Diggavi and H. Pfister. In *Proceedings of the 2007 Int'l Symposium on Information Theory (ISIT)*, pp. 1716-1720, 2007.

"Codes for Deletion and Insertion Channels with Segmented Errors," with Z. Liu. In *Proceedings of the 2007 Int'l Symposium on Information Theory (ISIT)*, pp. 846-850,

2007. Journal version: *IEEE Transactions on Information Theory*, vol 56, Issue 1, pp. 224-232, 2010.

"Towards a theory of networked computation : Executive Summary," with J. Feigenbaum. *ACM SIGACT News*, (4):22-26, 2006.

"Bloom Filters via d-Left Hashing and Dynamic Bit Reassignment," with F. Bonomi, R. Panigrahy, S. Singh, and G. Varghese. In *Proceedings of the Allerton Conference*, pp. 877-883, 2006.

"Beyond Bloom Filters: From Approximate Membership Checks to Approximate State Machines," with F. Bonomi, R. Panigrahy, S. Singh, and G. Varghese. In *Proceedings of ACM SIGCOMM*, pp. 315-326, 2006.

"An Improved Construction for Counting Bloom Filters," with F. Bonomi, R. Panigrahy, S. Singh, and G. Varghese. In *Proceedings of the European Symposium on Algorithms*, pp. 684-695, 2006.

"Less Hashing, Same Performance: Building A Better Bloom Filter," with A. Kirsch. In *Proceedings of the European Symposium on Algorithms*, pp. 456-467, 2006. Journal version: *Random Structures and Algorithms*, 33(2), pp. 187-218, 2008.

"Stochastic Shortest Paths via Quasi-Convex Maximization," with M. Brand, J. Kelner, and E. Nikolova. In *Proceedings of the European Symposium on Algorithms*, pp. 552-563, 2006.

"Polynomial Time Low-Density Parity-Check Codes with Rates Very Close to the Capacity of the $q$-ary Random Deletion Channel for Large $q$." *IEEE Transactions on Information Theory*, vol 52, Issue 12, pp. 5496-5501, 2006.

"A Simple Lower Bound for the Capacity of the Deletion Channel," with E. Drinea. *IEEE Transactions on Information Theory*, vol 52, Issue 10, pp. 4657-4660, 2006.

"On Lower Bounds for the Capacity of Deletion Channels," with E. Drinea. *IEEE Transactions on Information Theory*, vol 52, Issue 10, pp. 4648-4657, 2006.

" On the Theory and Practice of Data Recovery with Multiple Versions." In *Proceedings of the International Symposium on Information Theory*, pp. 982-986, 2006.

"Fine-Grained Layered Multicast with STAIR," with J. Byers, Gu-In Kwon, and M. Luby. *IEEE/ACM Transactions on Networking, 14:1*, pp. 81-93, 2006.

"Distance-Sensitive Bloom Filters," with A. Kirsch. In *Proceedings of the ALENEX Conference*, pp. 41-50, 2006.

"BubbleSearch: A Simple Heuristic for Improving Priority-Based Greedy Algorithms," with N. Lesh. *Information Processing Letters*, 97(4), pp. 161-169, 2006.

"Network-Aware Overlays with Network Coordinates," with P. Pietzuch, J. Ledlie, and M. Seltzer. In *Proceedings of the International Workshop on Dynamic Distributed Systems*, 2006.

"Editorial: The Future of Power Law Research." *Internet Mathematics*, vol. 2. no. 4, pp. 525-534, 2006.

"X-Tolerant Test Response Compaction," with S. Mitra, S. Lumetta, and N. Patil. *IEEE Design and Test of Computers*, vol. 22, no. 6, pp. 566-574, Nov/Dec 2005.

"Privacy preserving keyword searches on remote encrypted data," with Y.-C. Chang. In *Proceedings of the Third Intl. Conference on Applied Cryptography and Network Security*, pp. 442-455, 2005.

"Simple Summaries for Multiple Choice Hashing," with A. Kirsch. In *Proceedings of the 43rd Annual Allerton Conference on Communication, Control, and Computing*, 2005. Journal version: *IEEE/ACM Transactions on Networking*: 16(1), pp. 218-231, 2008.

"A case study in large-scale interactive optimization," with M. Chimani, N. Lesh, and C. Sidner. In *Proceedings of Artificial Intelligence and Applications 2005*, pp. 24-29.

"New heuristic and interactive approaches to 2D rectangular strip packing," with N. Lesh, A. McMahon, and J. Marks. *ACM Journal of Experimental Algorithms*, 10, 2005.

"Multidimensional Balanced Allocations," with A. Broder. In *Proceedings of the 11th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 195-196, 2005.

"Digital Fountains: A Survey and Look Forward." 2004 Information Theory Workshop.

"Improved Lower Bounds on the Capacity of I.I.D. Deletion Channels," with E. Drinea. In *Proceedings of the 42nd Annual Allerton Conference on Communication, Control, and Computing*, 2004.

"Improved Lower Bounds on the Capacity of Deletion Channels," with E. Drinea. In *Proceedings of the 2004 IEEE International Symposium on Information Theory*.

"Geometric Generalizations of the Power of Two Choices," with J. Byers and J. Considine. In *Proceedings of the 16th ACM Symposium on Parallel Algorithms and Architectures (SPAA)*, pp. 54-63, 2004.

"Interactive Data Summarizaton: An Example Application," with N. Lesh. In *Proceedings of the 2004 Workshop on Advanced Visual Interfaces*, pp. 183-187.

"On Power Law Distributions for Monkeys Typing Randomly: The Case of Unequal Probabilities," with B. Conrad. *IEEE Transactions on Information Theory*, 50:7, pp. 1403-1414, 2004.

"Dynamic Models for File Sizes and Double Pareto Distributions." *Internet Mathematics*, 1(3):305-334, 2003.

"A Scaling Result for Explosive Processes," with R. Oliveira and J. Spencer. *Electronic Journal of Combinatorics*, 11(1), R31, 2004.

"An Exhaustive Approach to 2D Strip Packing," with N. Lesh, A. McMahon, and J. Marks. *Information Processing Letters*, 90(1), pp. 7-14, 2004.

"New Models and Methods for File Size Distributions," with B. Tworetzky. In *Proceedings of the 41st Annual Allerton Conference on Communication, Control, and Computing*, pp. 603-612, 2003.

"Capacity Approaching Signal Constellations for Channels with Memory," with A. Kavčić, and X. Ma. *IEEE Transactions on Information Theory*, 49:7, pp. 1636-1652, 2003.

"The Power Spectra of Good Codes for Partial Response Channels," with A. Kavcic and X. Ma. In *Proceedings of the 2003 IEEE International Symposium on Information Theory*, p. 45.

"Concatenated Codes for Deletion Channels," with J. Chen, C. Ng, and N. Varnica. In *Proceedings of the 2003 IEEE International Symposium on Information Theory*, p. 218.

"Verification Codes for Deletion Channels." In *Proceedings of the 2003 IEEE International Symposium on Information Theory*, p. 217.

"Estimating and Comparing Entropies Across Written Natural Languages Using PPM Compression," with F. Behr, V. Fossum, and D. Xiao. In *Proceedings of the 2003 IEEE Data Compression Conference*, p. 416.

"Simple Load Balancing for Distributed Hash Tables," with J. Byers, and J. Considine. Appears in the 2nd International Workshop on Peer-to-Peer Systems (IPTPS), pp. 80-87, 2003.

"A Complete and Effective Move Set for Simplified Protein Folding," with N. Lesh, and S. Whitesides. In *Proceedings of the 7th Annual International Conference on Research in Computational Molecular Biology*, pp 188-195, 2003.

"Network Applications of Bloom Filters: A Survey," with A. Broder. In *Proceedings of the 40th Annual Allerton Conference on Communication, Control, and Computing*, pp. 636-646, 2002. Journal version: *Internet Mathematics*, 1(4):485-509, 2003.

"Verification Codes," with M. Luby. In *Proceedings of the 40th Annual Allerton Conference on Communication, Control, and Computing*, pp. 38-47, 2002. Journal version: *IEEE Transactions on Information Theory*: 51(1), pp. 120-127, 2005.

"Balls and Bins with Memory," with B. Prabhakar and D. Shah. In *Proceedings of the 43rd Annual IEEE Symposium on Foundations of Computer Science*, pp. 799-808, 2002.

"Informed Content Delivery Across Adaptive Overlay Networks," with J. Byers, J. Considine, and S. Rost. In *Proceedings of ACM SIGCOMM '02*, available as *Computer Communications Review*, vol. 32:4, pp. 47-60, 2002. Journal version: *IEEE/ACM Transactions on Networking*, 12:5, pp. 767-780, 2004.

"Optimal Plans for Aggregation," with A. Broder. In *Proceedings of the 21st Annual ACM Symposium on Principles of Distributed Computing*, pp. 144-152, 2002.

"Human-Guided Tabu Search," with G. Klau, N. Lesh, and J. Marks. In *Proceedings of the 18th National Conference on Artificial Intelligence*, pp. 41-47, 2002.

"The HuGS Platform: A Toolkit for Interactive Optimization," with G. Klau, N. Lesh, J. Marks, and G. Schafer. In *Proceedings of the Workshop on Advanced Visual Interfaces*, pp. 324-330, 2002.

"Exact Sampling of TCP Window States," with A. Goel. In *Proceedings of IEEE INFOCOM*, pp. 259-265, 2002.

"Balls and Bins Models with Feedback," with E. Drinea and A. Frieze. In *Proceedings of the 11th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 308-315, 2002.

"A Brief History of Lognormal and Power Law Distributions." In *Proceedings of the 39th Annual Allerton Conference on Communication, Control, and Computing*, pp. 182-191, 2001. Journal version: *Internet Mathematics*, 1(2):226-251, 2003.

"Capacity Approaching Signal Constellations for Channels with Memory," with A. Kavčić, X. Ma, and N. Varnica. In *Proceedings of the 39th Annual Allerton Conference on Communication, Control, and Computing*, pp. 311-320, 2001.

"Compressed Bloom Filters." In *Proceedings of the 20th Annual ACM Symposium on Principles of Distributed Computing*, pp. 144-150, 2001. Journal version: *IEEE/ACM Transactions on Networks*, 10:5, pp. 613-620, October 2002.

"Towards More Completed Models of TCP Throughput," with R. Rajaraman. *Journal of Supercomputing*, 20(2), pp. 137-160, September 2001.

"Deriving Performance Bounds for ISI Channels Using Gallager Codes," with A. Kavčić, B. Marcus, and B. Wilson. In *Proceedings of the 2001 International Symposium on Information Theory*, p. 345, 2001.

"Toward Compressing Web Graphs," with M. Adler. In *Proceedings of the 2001 Data Compression Conference*, pp. 203-212, 2001.

"On the Hardness of Finding Multiple Preset Dictionaries." In *Proceedings of the 2001 Data Compression Conference*, pp. 411-418, 2001. Journal version: *IEEE Transactions on Information Theory*, 50:7, pp. 1536-1539, 2004.

"Fine-Grained Layered Multicast," with J. Byers and M. Luby. In *Proceedings of IEEE INFOCOM 2001*, pp. 1143-1151, 2001. Journal version: "Fine-Grained Layered Multicast with STAIR," with J. Byers, Gu-In Kwon, and M. Luby. To appear in *IEEE/ACM Transactions on Networking*.

"Using Multiple Hash Functions to Improve IP Lookups," with A. Broder. In *Proceedings of IEEE INFOCOM 2001*, pp. 1454-1463, 2001.

"Improved Results for Route Planning in Stochastic Transportation Networks," with J. Boyan. In *Proceedings of the 12th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 895-902, 2001.

"Estimating Resemblance of MIDI Documents," with S. Owen. In *Proceedings of the 3rd Workshop on Algorithm Engineering and Experiments*, available as *Lecture Notes in Computer Science 2153*, pp. 78-90, 2001.

"Linear Waste of Best Fit Bin Packing on Skewed Distributions," with Claire Kenyon. In *Proceedings of the 41st Annual IEEE Symposium on Foundations of Computer Science*, pp. 582-589, 2000. Journal version: invited to special issue of *Random Structures and Algorithms*, 20(3), pp. 441-464, 2002.

"FLID/DL: Congestion Control for Layered Multicast," with J. Byers, M. Frumin, G. Horn, M. Luby, A. Roetter, and W. Shaver. In *Proceedings of the 2nd International Workshop on Networked Group Communication (NGC 2000)*, pp. 71-81, 2000. Journal version: with J. Byers, G. Horn, M. Luby, and W. Shaver. *IEEE Journal on Selected Areas in Communications*, 20:8, pp. 1558-1570, October 2002.

"On Near-Uniform URL Sampling," with M. Henzinger, A. Heydon, and M. Najork. In *Proceedings of the Ninth International World Wide Web Conference*, pp. 295-308, 2000.

"An Extension of Path Coupling and Its Application to the Glauber Dynamics for Path Coupling," with M. Dyer, L. Goldberg, C. Greenhill, and M. Jerrum. In *Proceedings of the 11th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 616-623, 2000. Journal version: *SIAM Journal on Computing*, 30(6), pp. 1962-1975, 2001.

"Improved Classification via Connectivity Information," with A. Broder and R. Krauthgamer. In *Proceedings of the 11th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 576-585, 2000.

"The Asymptotics of Selecting the Shortest of Two, Improved," with B. Vöcking. In *Proceedings of the 37th Annual Allerton Conference on Communication, Control, and Computing*, pp. 326-327, 1999. Extended version appears as a chapter in *Analytic Methods in Applied Probability: In Memory of Fridrikh Karpelevich*, American Mathematical Society, pp. 165-176, 2002.

"Completeness and Robustness Properties of Min-Wise Independent Permutations," with A. Broder. In *Proceedings of Random '99*, available as *Lecture Notes in Computer Science 1671*, pp. 1-10, 1999. Journal version: *Random Structures and Algorithms*, 18(1), pp. 18-30, January 2001.

"Measuring Index Quality Using Random Walks on the Web," with M. Henzinger, A. Heydon, and M. Najork. In *Proceedings of the Eighth International World Wide Web Conference*, pp. 213-225, Elsevier Science, 1999.

"Analysis of Timing Based Mutual Exclusion with Random Times," with E. Gafni. In *Proceedings of the 18th Annual ACM Symposium on Principles of Distributed Computing*, pp. 13-21, 1999. Journal version: *SIAM Journal on Computing*, 31:3, pp. 816-837, 2001.

"Accessing Multiple Mirror Sites in Parallel: Using Tornado Codes to Speed Up Downloads," with J. Byers and M. Luby. In *Proceedings of the 18th Annual Joint Conference of the IEEE Computer and Communications Societies (INFOCOM '99)*, pp. 275-284, 1999.

"Unscrambling Address Lines (Abstract)," with A. Broder and L. Moll. In *Proceedings of the 10th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 870-871, 1999.

"A Derandomization Using Min-Wise Independent Permutations," with A. Broder and M. Charikar. In *Proceedings of Random '98*, available as *Lecture Notes in Computer Science 1518*, pp. 15-24, October 1998. Journal version: *Journal of Discrete Algorithms*, 1:1, pp. 11-20, 2003.

"On Balls and Bins with Deletions," with R. Cole, A. Frieze, B. M. Maggs, A. W. Richa, R. Sitaraman, and E. Upfal. In *Proceedings of Random '98*, available as *Lecture Notes in Computer Science 1518*, pp. 145-158, October 1998.

"Studying Balanced Allocations with Differential Equations." *Combinatorics, Probability, and Computing*, vol. 8, pp. 473-482, 1999.

"Delayed Information and Action in On-Line Algorithms," with S. Albers and M. Charikar. In *Proceedings of the 39th Annual IEEE Symposium on Foundations of Computer Science (FOCS-98)*, pp. 71-80, November 1998. Journal version: *Information and Computation*, 170, pp. 135-152, 2001.

"A Digital Fountain Approach to the Reliable Distribution of Bulk Data," with John Byers, Michael Luby, and Ashu Rege. In *Proceedings of ACM SIGCOMM '98*, available

as *Computer Communications Review*, vol. 28:4, pp. 56-67, 1998. Journal version: *IEEE Journal on Selected Areas in Communication*, 20:8, pp. 1528-1540, October 2002.

"Analyses of Load Stealing Models Using Differential Equations." In *Proceedings of the 10th Annual ACM Symposium on Parallel Algorithms and Architectures*, pp. 212-221, 1998. Journal version: *Theory of Computing Systems*, 34:1, pp. 77-98, January 2001.

"Load Adaptive Routing on Butterfly Networks," with R. Cole, B. Maggs, F. Meyer auf der Heide, A. Richa, K. Schröder, R. Sitaraman, and B. Vöcking. In *Proceedings of the 30th Annual ACM Symposium on Theory of Computing (STOC-98)*, pp. 378-388, ACM Press, May 23-26, 1998.

"Min-Wise Independent Permutations," with Andrei Broder, Moses Charikar, and Alan Frieze. In *Proceedings of the 30th Annual ACM Symposium on Theory of Computing (STOC-98)*, pp. 327-336, ACM Press, May 23-26, 1998. Journal version: *Journal of Computer and System Sciences*, 60(3), pp. 630-659, 2000.

"Analysis of Low Density Codes and Improved Designs Using Irregular Graphs," with Michael Luby, Amin Shokrollahi, and Dan Spielman. In *Proceedings of the 30th Annual ACM Symposium on Theory of Computing (STOC-98)*, pp. 249-258, ACM Press, May 23-26, 1998.

"Improved Low Density Parity Check Codes Using Irregular Graphs and Belief Propagation," with Michael Luby, Amin Shokrollahi, and Dan Spielman. In *Proceedings of the 1998 International Symposium on Information Theory*. Extended version available as Compaq Systems Research Center Technical Note 1998-009. Journal version: "Improved Low Density Parity Check Codes Using Irregular Graphs," *IEEE Transactions on Information Theory*, 47(2), pp. 585-598, 2001.

"Analysis of Random Processes via And-Or Tree Evaluation," with Michael Luby and Amin Shokrollahi. In *Proceedings of the 9th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 364-373, 1998.

"Average Case Analyses of First Fit and Random Fit Bin Packing," with Susanne Albers. In *Proceedings of the 9th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 290-299, 1998. Journal version: *Random Structures and Algorithms*, 16(3), pp. 240-259, 2000.

"How Useful is Old Information?" In *Proceedings of the 16th ACM Symposium on Principles of Distributed Computing*, pp. 83-91, 1997. Journal version: *IEEE Transactions on Parallel and Distributed Systems*, 11:1, pp. 6-20, January 2000.

"Revisiting the COUNTER Algorithms for List Update," with Susanne Albers. *Inf. Proc. Letters*, 64, pp. 155-160, 1997.

"Practical Loss-Resilient Codes," with Michael Luby, Amin Shokrollahi, Dan Spielman, and Volker Stemann. In *Proceedings of the 29th ACM Symposium on the Theory of Computing*, pp. 150-159, 1997. Journal version: "Efficient Erasure Correcting Codes," with Michael Luby, Amin Shokrollahi, and Dan Spielman. *IEEE Transactions on Information Theory*, 47(2), pp 569-584, 2001.

"On the Analysis of Randomized Load Balancing Schemes." In *Proceedings of the 9th ACM Symposium on Parallel Algorithms and Architectures*, pp. 292-301, 1997. Journal

version: special conference issue of *Theory of Computing Systems*, vol. 32, pp. 361-386, 1999.

"Load Balancing and Density Dependent Jump Markov Processes." In *Proceedings of the 37th Annual Symposium on Foundations of Computer Science*, pp. 213-222, 1996. Journal version: "The Power of Two Choices in Randomized Load Balancing." *IEEE Transactions on Parallel and Distributed Computing*, 12(10), pp. 1094-1104, 2001.

"Designing Stimulating Programming Assignments for an Algorithms Course: A Collection of Problems Based on Random Graphs." In *SIGCSE Bulletin*, 28:3, pp. 29-36, September 1996.

"Constant Time per Edge is Optimal in Rooted Tree Networks." In *Proceedings of the 8th ACM Symposium on Parallel Algorithms and Architectures*, pp. 162-169, 1996. Journal version: *Distributed Computing* vol. 10:4, 1997, pp. 189-197.

"Average Case Analyses of List Update Algorithms, with Applications to Data Compression," with Susanne Albers. In *Proceedings of the 1996 International Colloquium on Automata, Languages, and Programming*, pp. 514-525. Journal version: *Algorithmica*, vol. 21:3, 1998, pp. 312-329.

"Pattern-based Compression of Text Images," with Andrei Broder. In *1996 Data Compression Conference*, pp. 300-309.

"Parallel Randomized Load Balancing," with Micah Adler, Soumen Chakrabarti, and Lars Rasmussen. In *Proceedings of the 27th ACM Symposium on the Theory of Computing*, pp. 238-247, 1995. Journal version: *Random Structures and Algorithms*, vol. 13:2, September 1998, pp. 159-188.

"Bounds on the Greedy Routing Algorithm in Array Networks." In *Proceedings of the 6th ACM Symposium on Parallel Algorithms and Architectures*, pp. 346-353, 1994. Journal version: special conference issue of the *Journal of Computer and System Sciences* vol. 53:3, December 1996, pp. 317-327.

"Computational Complexity of Loss Networks," with Graham Louth and Frank Kelly. *Theoretical Computer Science*, vol. 125, May 1994, pp. 45-59.

**Other Publications**     "Lyra: An Efficient and Expressive Subquadratic Architecture for Modeling Biological Sequences," with Krithik Ramesh, Sameed Siddiqui, Albert Gu, and Pardis Sabeti. Available at `https://arxiv.org/abs/2503.16351`.

"Juniper: Reconstructing Transmission Events from Next-Generation Sequencing Data at Scale," with Ivan Specht, Gage Moreno, Taylor Brock-Fisher, Lydia Kraslinkova, Brittany Petros, Jonathan Pekar, Mark Schifferli, Ben Fry, Catherine Brown, Lawrence Madoff, Megan Burns, Stephen Schaffner, Daniel Park, Bronwn MacInnis, Al Ozonoff, Patrick Varilly, and Pardis Sabeti. Available at `https://www.medrxiv.org/content/10.1101/2025.03.02.25323192v1`.

"Delphy: scalable, near-real-time Bayesian phylogenetics for outbreaks," with Patrik Varilly, Mark Schifferli, Katherine Yang, Tim Burcham, Paul Cronan, Olivia Glennon, Olivia Jacks, Ellory Laning, Libby Marrs, Kyle Oba, Shannon Yeung, Edyth Parker, Ifeanyi Omah, Jonathan E. Pekar, Laura Luebbert, Kristian G. Andersen, Daniel J. Park, Stephen F. Schaffner, Bronwyn L. MacInnis, Christian Happi, Jacob E. Lemieux, Al Ozonoff,

Michael D. Mitzenmacher, Ben Fry, and Pardis C. Sabeti. Available at `https://www.biorxiv.org/content/10.1101/2025.03.25.645253v1`.

"Use of popularity information to reduce risk posed by guessing attacks," with Stuart Schechter and Cormac Herley. US Patent 08959644. Issued 2/17/2015.

"Method and apparatus providing network coding based flow control," with Jay Kumar Sundararajan, Devavrat Shah, Muriel Medard, Joao Barros, and Szymon Jakubczak. US Patent 08526451. Issued 9/3/2013.

"Method and apparatus providing network coding based flow control," with Jay Kumar Sundararajan, Devavrat Shah, Muriel Medard, Joao Barros, and Szymon Jakubczak. US Patent 08130776. Issued 3/6/2012.

"Method for finding optimal paths using a stochastic network model," with Evdokia Nikolova and Matthew Brand. US Patent 07573866. Issued 8/11/2009.

"Ranking search engine results," with Monika Henzinger. US Patent 07541388. Issued 11/11/2008.

"Distributed, compressed Bloom filter Web cache server." US Patent 06920477. Issued 7/19/2005.

"Method for packing rectangular strips," with Neal Lesh and Joe Marks. US Patent 06832129. Issued 12/14/2004.

"System and method for near-uniform sampling of web page addresses," with Monika Henzinger, Allan Heydon, and Marc Najork. US Patent 06594694. Issued 7/15/2003.

"On demand encoding with a window," with Michael Luby, Gavin Horn, Jeffrey Persch, John Byers, and Armin Haken. US Patent 06486803. Issued 11/26/2002.

"Generating high weight encoding symbols using a basis," with Armin Haken, Michael Luby, Gavin Horn, Diane Hernek, and John Byers. US Patent 06411223. Issued 6/25/2002.

"Space-efficient multi-cycle barrel shifter circuit," with Laurent Moll. US Patent 06314156. Issued 11/6/2001.

"Method for determining a random permutation of variables by applying a test function," with Andrei Broder, Laurent Moll, and Mark Shand. US Patent 06292762. Issued 9/18/2001.

"Loss resilient code with double heavy tailed series of redundant layers," with Michael Luby. US Patent 06195777. Issued 2/27/2001.

"Message encoding with irregular graphing," with Michael Luby, Amin Shokrollahi, Dan Spielman, and Volker Stemann. US Patent 06163870. Issued 12/19/2000.

"Compression of grey scale images of text," with Andrei Broder. US Patent 06088309. Issued 7/11/2000.

"Irregularly graphed encoding technique," with Michael Luby, Amin Shokrollahi, Dan Spielman, and Volker Stemann. US Patent 06081909. Issued 6/27/2000.

"Loss resilient decoding technique," with Michael Luby, Amin Shokrollahi, Dan Spielman, and Volker Stemann. US Patent 06073250. Issued 6/6/2000.

"Task processing optimization in a multiprocessor system," with Andrei Broder. US Patent 05991808. Issued 11/23/1999.

"Compression protocol with multiple preset dictionaries," with Andrei Broder and Jeff Mogul. US Patent 05953503. Issued 9/14/1999.

"When Simple Hash Functions Suffice," with K. Chung and S. Vadhan. Appears as a chapter in *Beyond Worst Case Analysis*, edited by Tim Roughgarden, Cambridge University Press.

"Algorithms with Predictions," with S. Vassilvitskii. Appears as a chpater in *Beyond Worst Case Analysis*, edited by Tim Roughgarden, Cambridge University Press.

"Some Practical Randomized Algorithms and Data Structures," with E. Upfal. Appears as a chapter in *Computing Handbook, Third Edition: Computer Science and Software Engineering*, edited by T. Gonzalez, J. Diaz-Herrera, and A. Tucker. Chapman and Hall, 2014.

"Building an Efficient Hash Table on the GPU," with D. Alcantara, V. Volkov, S. Sengupta, J. Owens, and N. Amenta. Appears as a chapter in *GPU Computing Gems: Jade Edition*, edited by Wen-mei W. Hwu. Morgan Kaufmann, 2011.

"Codes – Protecting Data Against Loss and Errors." Appears as a chapter in *Algorithms Unplugged*, edited by B. Vöcking, M. Dietzfelbinger, R. Reischuk, and H. Vollmer. Springer, 2010.

"Hash-Based Techniques for High-Speed Packet Processing", with A. Kirsch and G. Varghese. Appears as a chapter in *Algorithms for Next Generation Networks*, edited by G. Cormode and M. Thottan. Springer, 2010.

"Bloom Filters." Encyclopedia of Database Systems, 2009.

"Unbiasing Random Bits." *Dr. Dobbs Journal*, No. 335, pp. 101-104, April 2002.

"Good Hash Tables & Multiple Hash Functions." *Dr. Dobbs Journal*, No. 336, May 2002.

"Challenging Students with Creative Assignments." *SIGACT News*, 32(1):70-73, 2001.

"An Experimental Assignment on Random Processes." *SIGACT News*, 32(1):74-78, 2001.

"The Power of Two Random Choices: A Survey of Techniques and Results," with A. Richa and R. Sitaraman. Appears as a chapter in *Handbook of Randomized Computing: Volume 1*, edited by P. Pardalos, S. Rajasekaran, and J. Rolim, pp. 255-312.

"Tornado Codes for Forward Error Correction," with Michael Luby, in *Digital Forefront*.

"Bounds and Improvements for BiBa Signature Schemes," with A. Perrig. Harvard Computer Science Group Technical Report TR-02-02.

"A Note on Low Density Parity Check Codes for Erasures and Errors." Digital SRC Technical Note 1998-017.

"Tight Thresholds for the Pure Literal Rule." Digital SRC Technical Note 1997-011.

"The Power of Two Choices in Randomized Load Balancing." Ph.D. thesis, U.C. Berkeley, August 1996.

"*Calculus: A Solution Manual,*" with others, Harcourt Brace Jovanovich, 1993.

"*Elliptic Curves in Computer Science: Primality Testing, Factoring, and Cryptography,*" senior honors thesis, Harvard University, 1991. Published as a Hoopes Prize winner.

**Conference Presentations**

"Queueing, Predictions, and LLMs: Challenges and Open Problems." Tutorial, SIGMETRICS. June 2025.

"SkipPredict: When to Invest in Predictions for Scheduling. Presented at the TTIC Workshop on Learning-Augmented Algorithms, August 2024.

"Algorithms with Predictions." Invited talk presented at the INFORMS 2023 Annual Meeting, October 2023.

"Algorithms with Predictions." Presented at the 2nd Vienna Workshop on Computational Optimization. March 2023.

"Algorithms with Predictions." Presented at the Sublinear Algorithms Workshop, FODSI/MIT. August 2022.

"Algorithms with Predictions: State of the Area." Presented at the Algorithms with Predictions Workshop at the 54th Annual ACM Symposium on Theory of Computing. June 2022. Also panel lead.

"Efficient Randomized Network Telemetry Algorithms." Presented at the Data plane algorithms in programmable networks tutorial at ACM SIGMETRICS 2022.

"Scheduling with Predictions and the Price of Misprediction." Presented at the 11th Annual Innovations in Theoretical Computer Science Conference. January 2020.

"Learning-Augmented Algorithms: How ML Can Lead to Provably Better Algorithms." ALGO Keynote Talk, September 2019.

"Robust Set Reconciliation via Locality Sensitive Hashing." Presented at the 38th Symposium on Principles of Database Systems, July 2019.

"Arithmetic Progression Hypergraphs: Examining the Second Moment Method." Presented at the 2019 ANALCO Workshop, January 2019.

"A Model for Learned Bloom Filters and Optimizing by Sandwiching." Presented at the NeurIPS 2018 Poster Session.

"Adaptive Cuckoo Filters." Presented at the 2018 ALENEX Conference, January 2018.

"Analyzing Distributed Join-Idle-Queue: A Fluid Limit Approach." Presented at the 54th Annual Allerton Conference on Communication, Control, and Computing, October 2016.

"Voronoi Choice Games." Presented at the 2016 International Colloquium on Automata, Languages, and Programming, July 2016.

"A New Approach to Analyzing Robin Hood Hashing." Presented at the 2016 ANALCO Workshop, January 2016.

"More Analysis of Double Hashing for Balanced Allocations." Presented at the 2016 ANALCO Workshop, January 2016.

"Data exploration: equitability and the maximal information coefficient." Presented at the Workshop for Data-driven Algorithmics, September 2015.

"Multi-Party Set Reconciliation Using Characteristic Polynomials." Presented at the 2014 Allerton Conference, October 2014.

"Parallel Peeling Algorithms." Presented at the 2014 Symposium on Parallelism in Algorithms and Architectures, June 2014.

"Balanced Allocations and Double Hashing." Presented at the 2014 Symposium on Parallelism in Algorithms and Architectures, June 2014.

"Peeling Arguments and Double Hashing." Presented at the 2012 Allerton Conference, October 2012.

"The Complexity of Object Reconciliation and Open Problems Related to Set Difference and Coding." Presented at the 2012 Allerton conference, October 2012.

"The Ecology of Communication, Control, and Computing Research and Education (Panel)." Presented at the 2012 Allerton conference, October 2012.

"Peeling Arguments: Invertible Bloom Lookup Tables and Biff Codes." Presented at the 2012 Workshop on Algorithms for Modern Massive Data Sets (MMDS), July 2012.

"Invertible Bloom Lookup Tables." Presented at the 2011 Allerton conference, September 2011.

"Brief Announcement: Large-Scale Multimaps." Presented at the 2011 Symposium on Parallel Algorithms and Architectures, June 2011.

"On the Zero-Error Capacity Threshold for Deletion Channels." Presented at the 2011 ITA Workshop, February 2011.

"Some Recent Uses of Hashing for Network Applications." Presented at the 2010 Workshop on Research and Analysis of Tail Phenomena, August 2010.

"Some Recent Uses of Hashing for Network Applications." Presented at the 2010 Workshop on Random Graphs and Algorithms, June 2010.

"Tight Asymptotic Bounds for the Deletion Channel with Small Deletion Probabilities." Presented at the 2010 International Symposium on Information Theory, June 2010.

"Some Open Questions on Cuckoo Hashing." Presented at the 2009 European Symposium on Algorithms, August 2009.

"On the Performance of Multiple Choice Hash Tables with Moves on Deletions and Inserts." Presented at the 2008 Allerton conference, September 2008.

"Designing Floating Codes for Expected Performance."  Presented at the 2008 Allerton conference, September 2008.

"A Survey of Results for Deletion Channels and Related Synchronization Channels.' Presented at the 11th Scandinavian Workshop on Algorithm Theory, July 2008.

"Why Simple Hash Functions Work: Exploiting the Entropy in a Data Stream." Presented at the 19th Annual ACM-SIAM Symposium on Discrete Algorithms, January 2008.

"Using a Queue to De-amortize Cuckoo Hashing in Hardware."  Presented at the 2007 Allerton conference, September 2007.

"Capacity Upper Bounds for Deletion Channels."  Presented at the 2007 Int'l Symposium on Information Theory (ISIT), June 2007.

"Codes for Deletion and Insertion Channels with Segmented Errors."  Presented at the 2007 Int'l Symposium on Information Theory (ISIT), June 2007.

"Digital Fountains: Applications and Related Issues."  Presented at the INFORMS Annual Meeting, November 2006.

"New Directions for Power Law Research."  Presented at the Radcliffe Exploratory Seminar on Dynamic Networks, October 2006.

"Bloom Filters via $d$-left Hashing and Dynamic Bit Reassignment."  Presented at the 2006 Allerton conference, September 2006.

"Beyond Bloom Filters:  From Approximate Membership Checks to Approximate State Machines."  Presented at the 2006 SIGCOMM conference, September 2006.

"An Improved Construction for Counting Bloom Filters."  Presented at the European Symposium on Algorithms, September 2006.

"Building a Better Bloom Filter."  Presented at the European Symposium on Algorithms, September 2006.

"On the Theory and Practice of Data Recovery with Multiple Versions."  Presented at the 2006 International Symposium on Information Theory, July 2006.

"New Results for an Old Data Structure: Bloom Filters and Beyond."  Presented at the 2006 Stochastic Networks conference, June 2006.

"New Results and Open Problems for Deletion Channels."  Presented at ANALCO 2006, January 2006 (plenary talk).

"Digital Fountains and their Application to Informed Content Delivery over Adaptive Overlay Networks."  Presented at 19th International Symposium on Distributed Computing, September 2005 (plenary talk).

"Simple Summaries for Multiple Choice Hashing."  Presented at the 2005 Allerton Conference.

"New Directions in Power Law Research."   MSRI Workshop on Models of Real-World Random Networks, April 2005.

"Multi-dimensional Balanced Allocations." Presented at the 16th Annual ACM-SIAM Symposium on Discrete Algorithms, January 2005.

"Digital Fountains: A Survey and Look Forward." Presented at the 2004 Information Theory Workshop. October 2004.

"Improved Lower Bounds on the Capacity of I.I.D. Deletion Channels." Presented at the 2004 Allerton Conference.

"Geometric Generalizations of the Power of Two Choices." Presented at the 16th ACM Symposium on Parallel Algorithms and Architectures, June 2004.

"New Models and Methods for File Size Distributions." Presented at the 40th Annual Allerton Conference on Communication, Control, and Computing, October 2003.

"Verification Codes for Deletion Channels." Presented at the International Symposium on Information Theory, July 2003.

"New Exhaustive, Heuristic, and Interactive Algorithms for 2-Dimensional Bin-Packing." Presented at the 2nd Annual Workshop on Random Graphs and Algorithms, June 2003.

"Network Applications of Bloom Filters: A Survey." Presented at the 40th Annual Allerton Conference on Communication, Control, and Computing, October 2002.

"Verification Codes." Presented at the 40th Annual Allerton Conference on Communication, Control, and Computing, October 2002.

"New Directions in Balls and Bins Problems." Invited talk for the 6th International Workshop on Randomization and Approximation Methods in Computer Science. September 2002.

"Optimal Plans for Aggregation." Presented at the 21st Annual ACM Symposium on Principles of Distributed Computing, July 2002.

"How to Get Across Town by Bus." Presented at the INFORMS Annual Meeting, November 2001.

"A Brief History of Lognormal and Power Law Distributions." Presented at the 39th Annual Allerton Conference on Communication, Control, and Computing, October 2001.

"Compressed Bloom Filters." Presented at the 20th Annual ACM Symposium on Principles of Distributed Computing, August 2001.

"How Useful Is Old Information?" Presented at the INFORMS Applied Probability Conference, July 2001.

"Using Multiple Hash Functions to Improve IP Lookups." Presented at the INFOCOM, April 2001.

"On the Hardness of Finding Multiple Preset Dictionaries." Presented at the 2001 Data Compression Conference, March 2001.

"Improved Results for Route Planning in Stochastic Transportation Networks." Presented at the 12th Annual ACM-SIAM Symposium on Discrete Algorithms, January 2001.

"Estimating Resemblance of MIDI Documents." Presented at the 3rd Workshop on Algorithm Engineering and Experiments, January 2001.

"Linear Waste of Best Fit Bin Packing on Skewed Distributions." Presented at the 41st Annual IEEE Symposium on Foundations of Computer Science, November 2000.

"Improved Classification via Connectivity Information." Presented at the 11th Annual ACM Symposium on Discrete Algorithms, January 2000.

"The Asymptotics of Selecting the Shortest of Two, Improved." Presented at the 37th Annual Allerton Conference on Communication, Control, and Computing, August 1999.

"Analysis of Timing Based Mutual Exclusion with Random Times." Presented at the 18th Annual ACM Symposium on Principles of Distributed Computing, May 1999.

"Accessing Multiple Mirror Sites in Parallel: Using Tornado Codes to Speed Up Downloads." Presented at INFOCOM '99, March 1999.

"Delayed Information and Action in On-Line Algorithms." Presented at the 39th Annual IEEE Symposium on Foundations of Computer Science, November 1998.

"A Derandomization Using Min-Wise Independent Permutations." Presented at Random '98, October 1998.

"On Balls and Bins with Deletions." Presented at Random '98, October 1998.

"The Power of Two Choices and Other Examples of Using Differential Equations to Analyze Algorithms." Invited presentation at the Warwick Randomized Algorithms and Stochastic Simulation Tutorial and Workshop. July 1988.

"Analysis of Low Density Codes and Improved Designs Using Irregular Graphs." Presented at the 30th Annual ACM Symposium on Theory of Computing, May 1998.

"Average Case Analyses of First Fit and Random Fit Bin Packing." Presented at the 9th Annual ACM Symposium on Discrete Algorithms, January 1998.

"How Useful Is Old Information?" Presented at the 16th Annual ACM Symposium on Principle of Distributed Computing, August 1997.

"On the Analysis of Randomized Load Balancing Schemes." Presented at the 9th ACM Symposium on Parallel Algorithms and Architectures, Newport, Rhode Island, June 1997.

"Load Balancing and Density Dependent Jump Markov Processes." Presented at the 37th Annual Symposium on Foundations of Computer Science, Burlington, Vermont, October 1996.

"Constant Time per Edge is Optimal in Rooted Tree Networks." Presented at the 8th ACM Symposium on Parallel Algorithms and Architectures, Padua, Italy, June 1996.

"GRID: Pattern-based Compression of Text Images." Presented at the 1996 Data Compression Conference, Snowbird, Utah, April 1996.

"Parallel Randomized Load Balancing." Presented at the 27th ACM Symposium on the Theory of Computing, Las Vegas, Nevada, May 1995. Extended version presented at the Bay Area Theory Seminar, July 1995.

"Bounds on the Greedy Routing Algorithm on Array Networks." Presented at the 6th ACM Symposium on Parallel Algorithms and Architectures, Cape May, New Jersey, June 1994.

**Other Presentations**

"Algorithms with Predictions." Georgia Tech. 2023.

"Modern Algorithms Lecture Series." Lipari Summer School. 2022.

"Algorithms with Predictions." Carnegie Mellon, UC Santa Barbara, Technical University of Munich. 2022.

"Locality Sensitive Hashing." Broad Institute (Models, Inference, and Algorithms).

"Algorithms with Predictions." Open Data Science Conference East 2020, Open Data Science Conference Europe 2020, Foundations of Data Science Institute Kickoff Workshop 2020.

"Learning-Augmented Algorithms: How ML Can Lead to Provably Better Algorithms." Rice University. 2019.

"Metric Sublinear Algorithms via Linear Sampling." Sublinear Algorithms Workshop (MIT), Baidu Research. 2018.

"Bloom Filters, Cuckoo Hashing, Cuckoo Filters, and Adaptive Cuckoo Filters." Northeastern University, Univ. of Illinois at Urbana-Champagne, Georgetown Univeristy, University of California Irvine, Baidu Research, Georgia Tech. 2018.

"Hashing Lecture Series." Swedish Summer School in Computer Science. 2016.

"More Analysis of Double Hashing for Balanced Allocations." U.C. Irvine. 2016.

"Algorithm Engineering with Hashing," U.C. Irvine, AMD. 2016.

"Bloom Filters and Such," EADS Summer School on Hashing: Theory and Applications, July 2014.

"Cuckoo Hashing, Balanced Allocations, and Such," EADS Summer School on Hashing: Theory and Applications, July 2014.

"Peeling Arguments: Invertible Bloom Lookup Tables and Biff Codes," ICERM Workshop on Stochastic Graph Models, March 2014.

"Peeling Arguments: Invertible Bloom Lookup Tables and Biff Codes," University of Copenhagen. 2013.

"Some Hash-Based Data Structures and. Algorithms Everyone Should Know." UC Davis, 2013.

"Peeling Algorithms," Simons Institute. 2013.

"Verifying Computations in the Cloud (and Elsewhere)," TTI/Vanguard : Ginormous Systems. Microsoft Faculty Summit. 2013.

"The Groupon Effect on Yelp Ratings: a Root Cause Analysis," Cornell, 2012.

"Peeling Arguments: Invertible Bloom Lookup Tables and Biff Codes," Google. 2012.

"Detecting Novel Associations in Large Data Sets." eHarmony (LA Machine Learning). 2012.

"Cuckoo Hashing: New Results and Open Questions." University of Madison-Wisconsin. 2011.

'Practical Verified Computation with Streaming Interactive Proofs." University of Madison-Wisconsin. 2011.

"The Power of Choice: Simple Hash-Based Data Structures Everyone Should Know." Santa Fe Institute. 2011.

"Information Asymmetries in Pay-Per-Bid Auctions: How Swoopo Makes Bank." Liverpool University, Microsoft UK. 2010.

"Some Open Questions on Cuckoo Hashing." Stanford, Microsoft Research, Yale, Dartmouth, Princeton, Cambridge University, University College London . 2009-2010.

"An Efficient, Rigorous Approach for Identifying Statistically Significant Frequent Itemsets." Google. 2009.

"Some Recent Results on Cuckoo Hashing." AT&T. 2009.

"Some Results on Coding for Flash Memory." University College London. 2009.

"Network Coding Meets TCP." University College London. 2009.

"A Survey of Results for Deletion Channels and Related Synchronization Channels." Cambridge, Georgia Tech, Microsoft Research, UCLA, 2009-2010.

"Bloom Filters, Related Data Structures, and their Applications." Cambridge (Kuwait Lecture). 2009.

"A History of and New Directions for Power Law Research." SUNY Buffalo. 2009.

"Why Simple Hash Functions Work." Cisco. 2008.

"Cuckoo Hashing and CAMs." Cisco, Google. 2008.

"New Results in Hash-Based Data Structures." Cisco. 2007.

"The Hiring Problem and Lake Wobegon Strategies." Microsoft, U.C. Berkeley, Princeton, Google, Yahoo. 2007-2008.

"A Brief History of Lognormal and Power Law Distributions." Harvard Statistics. 2006.

"New Results and Open Problems for Deletion Channels and Related Synchronization Problems." CMU, Brown, Harvard. 2006.

"Some New Results on an Old Data Structure, Bloom Filters ." Stanford, Cisco, Microsoft. 2005.

"Improved Lower Bounds for Deletion Channels." MIT, EPFL (Lausanne). 2005.

"Building a Better Bloom Filter."  Google, Tufts, EPFL (Lausanne), MIT. 2004-05.

"Geometric Generalizations of the Power of Two Choices."  Columbia, Brown, MIT, Georgia Tech. 2004-05.

"New Lower Bounds on the Capacity of the Binary Deletion Channel."  MIT, 2004.

"Digital Fountains, and their Use for Informed Content Delivery across Overlay Networks."  Cornell, 2003.

"Verification Codes for Error and Deletion Channels."  U.C. Berkeley, 2003.

"New Exhaustive, Heuristic, and Interactive Algorithms for 2D Strip Packing."  U.C. Berkeley, 2003.

"Dynamic Models for File Sizes and Double Pareto Distributions."  IBM Research, Microsoft Silicon Valley, Stanford, Tufts, Boston University, Random Graphs and Algorithms Workshop. 2002.

"Verification Codes."  DIMACS workshop. 2001.

"Getting Across Town by Bus, Aggregation, and Reliability."  MIT (LIDS), Mitsubishi Electronic Research Labs. 2001.

"New Ideas for Layered Multicast Congestion Control."  International Computer Science Institute. 2001.

"Compressed Bloom Filters, and Towards Compressing Web Graphs."  U. of Washington, AT&T Labs, U. C. Berkeley, MIT, Brandeis, Carnegie Mellon University, Stanford, DIMACS workshop on compression, U.C. San Diego.  2001.

"Toward Compressing Web Graphs."  Compaq Systems Research Center, Altavista Corporation. 2000.

"Improved Results for Route Planning in Stochastic Transportation Networks."  Compaq Systems Research Center. 2000.

"Choosing the Shortest of Two, Improved, with Applications to IP Routing."  U. Washington, Princeton, Yale, U.C. Berkeley, Boston University, Stanford, M.I.T., Northeastern, Compaq Systems Research Center. 2000.

"Tornado Codes, with Applications to Reliable Multicast."  Harvard, CMU, Duke, AT&T Labs, Univ. of Illinois at Urbana-Champagne, University of Rhode Island, Boston University. 1998-2000.

"How Useful Is Old Information?"  MIT, U.C. Berkeley, Stanford, Microsoft. 1997.

"Practical Loss-Resilient Codes."  U.C. Berkeley, Harvard. 1997.

"An Average Case Analysis for First-Fit Bin Packing."  Stanford, DIMACS workshop. 1997.

"The Power of Two Choices."  U.C. Berkeley, Brown, Harvard, Boston University, IBM Almaden, Digital Systems Research Center. 1997.

"The Power of Two Choices and Other Examples of Using Differential Equations to Analyze Algorithms."  U. Mass.

Michael Mitzenmacher
33 Cary Avenue
Lexington, MA 02421

Prior/current litigation experience where testimony of some form was given (deposition,
trial testimony, or declaration/report) during the last 6 years.

Finjan, Inc. v. ESET, LLC, Case No.: 3:17-cv-0183-CAB-(BGS) (S.D. Cal.).
[For Finjan Inc.]

Finjan, Inc. v. Cisco Systems, Inc., Case No.: 5:17-cv-00072-BLF-SVK (N.D. Cal.).
[For Finjan Inc.]

Network-1 Technologies, Inc., v. Google LLC and Youtube, LLC, 14 Civ. 2396 (PGG), 14 Civ. 9558 (PGG)
(Southern District of New York).
[For Network-1 Technologies, Inc.]

Centripetal Networks, Inc. v. Cisco Systems, Inc.,
Case No. 2:18-cv-00094-HCM-LRL (E.D. Virgina).
[For Centripetal Networks]

Voxer, Inc. and Voxer IP LLC v. Facebook, Inc. and Instagram LLC,
Case No. 1:20-cv-00655[ADA] (Western District of Texas).
[For Voxer, Inc.]

Midwest Athletics and Sports Alliance LLC v. Ricoh USA, Inc., Case No.: 2:19-cv-00514-TJS (Eastern District of
Pennsylvania)
[For Midwest Athletics and Sports Alliance LLC]

Monarch Networking Solutions LLC v. Cisco Systems, Inc.,  Case No. 2:20-cv-00015 (Eastern District of Texas)
[For Monarch Networking Solutions]

Realtime Adaptive Streaming LLC, v. Sling TV LLC et al., Case No. 1:17-CV-02097-RBJ
(District of Colorado).
[For Realtime Adaptive Streaming LLC]

In re Certain Digital Video-Capable Devices and Components Thereof,
Inv. No. 337-TA-1224 (U.S. International Trade Commission).
Philips. v. Mediatek et al.
[For Mediatek and LGE]

Midwest Athletics and Sports Alliance LLC v. Xerox Corp., Case No.: 6:19-CV-06036-EAW-JWF (Western District of
New York)
[For Midwest Athletics and Sports Alliance LLC]

Roku, Inc. v. R2 Solutions, LLC, Case No. IPR2021-01581,
IPR2021-01582,  IPR2021-01583. (USPTO).
[For Roku, Inc.]

Monarch Networking Solutions, LLC, Ex Parte Reexamination, US Patent
8,130,775.
[For Monarch Networking Solutions]

CUPP Cybersecurity, LLC v. Trend Micro, Inc.  Case No. 3:18-cv-01251-M.
(Northern District of Texas)
[For CUPP Cybersecurity, LLC]

IOEngine, LLC v. Roku, Inc.  Civil Action No. 6:21-cv-1296-ADA.
(Western District of Texas).
[For Roku, Inc.]

In re Certain Computer Network Security Equipment and Systems, Related
Software, and Components Thereof, and Products Containing Same.
Investigation No. 337-TA-1314,
Centripetal Networks, Inc. v. Keysight Technologies, Inc.
[For Centripetal Networks, Inc.]

TexasLDPC Inc. v. Broadcom Inc., LSI Corporation, and Avago
Technologies U.S. Inc.  Civil Action No. 18-1966-SB.
(District of Delaware).
[For TexasLDPC Inc.]

Maplebear Inc. D/B/A Instacart, v. Consumeron LLC,
Case Nos. IPR2022-01356, IPR2022-01357, IPR2022-01358,
IPR2022-01359 (USPTO).  [For Consumeron]

Unisys Corporation v. Leon Gilbert, Michael McGarvey, Atos
SE, and Atos IT Solutions and Services, Inc.
Civil Action No. 2:23-CV-00555-PD.
(Eastern District of Pennsylvania).
[For Atos SE, and Atos IT Solutions and Services, Inc.]

Monarch Networking Solutions LLC v. Juniper Networks, Inc., Case No.
1:23-cv-00670-TSE-LRV (Eastern District of Virginia)
[For Monarch Networking Solutions]

Centripetal Networks, LLC. v. Palo Alto Networks, Inc.
Case No. 2:21-cv-00137-EWH-RJK (Eastern District of Virginia)
[For Centripetal Networks, Inc.]

Splunk Inc., v. Cribl, In., and Clint Sharp.
Case No. 3:22-cv-07611-WHA (Northern District of California).
[For Splunk Inc.]

Maplebear Inc. D/B/A Instacart, v. Consumeron LLC,
Case No. Case IPR2023-00865.
[For Consumeron]

TGC Partners Limited (f/k/a Super Hero Holdings Limited), and Blue
Mountain Capital Company Limited, v.  SIG China Investments One,
Limited, Susquehanna International Group, LLP, SIG China Investments
Master Fund II, LLLP, SIG China Investments Master Fund III, LLLP, SIG
China Investments Master Fund IV, LLLP, and SIG Global China Fund I,
LLLP.,  Docket No. 2021-22424.  (Pennsylvania)
[For SIG]

Pearson Education, Inc. v. Chegg, Inc.

Case No. 2:21-cv-16866-MEF-AME.  (Distrcit of New Jersey.)
[For Chegg]


Valmarc Corporation v. Nike, Inc. and Converse, Inc.
Case No. 3:21-cv-01556-IM.  (District of Oregon)
[For Valmarc]


In the Matter of Certain Computing Devices Utilizing Indexed
Search Systems and Components Thereof.
Investigation No. 337-TA-1389,
X1 Discovery, Inc. v. ASUSTeK Computer Inc., ASUS Computer
International, Acer Inc., Acer American Corporation, Dell
Technologies, Inc., and Dell Products L.P.
[For ASUSTeK et al.]


Eternix Ltd., v. CivilGeo, Inc., Chris Maeder.
Case No. 3:23-cv-00633-jdp. (Western District of Wisconsin)
[For Eternix Ltd.]


James Doe and others v. Adventist Health Care Network, Inc.
Case No. 22STCV36304 (Superior Court of the State of California, Los Angeles)
[For Adventist]


Promptu Systems Corporation v. Comcast Corporation and Comcast Cable
Communications, LLC.  Case No. 2:16-cv-06516-JS (Eastern District of
Pennsylvania).
[For Promptu]


Proofpoint, Inc. v. Abnormal Security Corporation.
Case No. CGC-21-597059.  (Superior Court of the State of California,
San Francisco).
[For Abnormal Security]


OpenAI, Inc. v. Open Artifical Intelligence, Inc., and Guy Ravine.
Case No. 4:23-CV-03918-YGR.  (Northern District of California).
[For OpenAI, Inc.]


Adeia Inc. and Adeia Guides Inc. v. The Walt Diseny Company (Brasil).
[For Adeia]


Media Content Protection LLC v. Mediatek Inc. and Mediatek USA Inc.,
(District of Delaware).
[For Mediatek Inc.]


Declaration in IPRs of U.S. Patent Nos. 8,494,904; 8,667,398; 8,959,146; 10,984,445.
[For LiveIntent Inc.]


Centripetal Networks, Inc. v. Cisco Systems, Inc., Higher Regional Court of Dusseldorf.
[For Centripetal Networks]


Centripetal Networks, Inc. vs. Keysight Technologies, Inc., Mannheim Local Division at the Unified Patent Court.
[For Centripetal Networks]